Case 2:00-cr-00171-SRD   Document 196   Filed 11/15/2004   Page 1 of 1

Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

2004 NOV 15 AM 11: 53
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

Crmin. No. 053L 2:00CR00171-005K

v.

Goldco International, Inc.

On May 08, 2002, the above named was placed on Probation for a period of 5 years. Goldco International, Inc. has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that it be discharged from Probation.

Respectfully submitted,

Jill M. Schneckenburger
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 12th day of November, 2004.

Stanwood R. Duval, Jr.

Distribution:
  Original - Clerk's Office
  2 Certified Copies - United States Probation Office
  1 Certified Copy  - United States Attorney's Office
  1 Certified Copy  - Defense Attorney
  1 Certified Copy  - Defendant

DATE OF ENTRY
NOV 16 2004

Fee
Process
X Dktd
CtRmDep
Doc. No. 196